# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 12/05/2018 |
| Case: 1−18−44973−cec | Form ID: 318DF7 | Total: 21 |

**Recipients of Notice of Electronic Filing:**
tr     Alan Nisselson     anisselson@windelsmarx.com
aty     Kevin Zazzera     kzazz007@yahoo.com

                                                                                                TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Margaret C Naughton     22 Bay Ter     Apt 1F     Staten Island, NY 10306−3674
smg       NYS Department of Taxation & Finance     Bankruptcy Unit     PO Box 5300     Albany, NY 12205
smg       NYC Department of Finance     345 Adams Street     Office of Legal Affairs     Brooklyn, NY 11201−3719
smg       NYS Unemployment Insurance     Attn: Insolvency Unit     Bldg. #12, Room 256     Albany, NY 12240
smg       Office of the United States Trustee     Eastern District of NY (Brooklyn Office)     U.S. Federal Office Building     201 Varick Street, Suite 1006     New York, NY 10014
9344989    Amex/Dsnb     PO Box 981540     El Paso, TX 79998−1540
9344990    Bank of Americ     PO Box 982238     El Paso, TX 79998−2238
9344991    Bank of America`     4909 Savarese Cir     Tampa, FL 33634−2413
9344993    Chase Card     PO Box 15298     Wilmington, DE 19850−5298
9344992    Chase auto finance     PO Box 5210     New Hyde Park, NY 11042−5210
9344994    Citi     PO Box 790040     Louisville, KY 40290−1037
9344995    Citibank     PO Box 790034     Saint Louis, MO 63179−0034
9344996    Citicards     Citibank     PO Box 6077     Sioux Falls, SD 57117−6077
9344997    Citicards     PO Box 790040     Saint Louis, MO 63179−0040
9344998    Comenity Bank/ woman within     PO Box 659728     San Antonio, TX 78265−9728
9344999    Comenity Capital Bank − Blair     PO Box 183043     Columbus, OH 43218−3043
9345000    Comenity− jessica London     PO Box 659728     San Antonio, TX 78265−9728
9345001    Sears/cbna     PO Box 790034     Saint Louis, MO 63179−0034
9345002    TD Bank Usa−Target     PO Box 673     Minneapolis, MN 55440−0673

                                                                                                TOTAL: 19